IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **REV. FR. PRISCO E. ENTINES, JUSTINA CORCELLES HERNANDEZ, FRANCISCO GUTIEREZ FERRER, JULIETA TABOADA ABELLA, MARIA LAPAY LAURENCIANO, and WENCESLAO N. RODRIGUEZ,** | **Nos. 06-193C, 06-191C, 06-205C, 06-434C, 06-442C, 06-449C** |
| **Plaintiffs,** | **Judge Wheeler** |
| v. | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFFS' RESPONSE TO GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME**[1]

Because the Government's failure to timely file its reply motion to Plaintiffs' opposition to the Government's motion for more definite statement is due to illness, Plaintiffs do not oppose the motion for an enlargement of time. Plaintiffs' counsel notes, however, that this out-of-time motion for an enlargement further extends an underlying motion for more definite statement that was, in Plaintiffs' view, itself unnecessary and a misuse of the parties' finite resources.

[1] The Court's Order of September 22, 2006, granted the parties in the six above-captioned cases leave to file consolidated motions "that would be identical for each of the six cases." Because the six Plaintiffs' responses to the Government's motion for an enlargement of time are identical, Plaintiffs are filing this consolidated response pursuant to that Order.

Respectfully submitted,

/s/ Richard W. Arnholt
Richard W. Arnholt
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 639-6025
Fax: (202) 661-4829

*Counsel of Record for Plaintiffs*

Dated: April 5, 2007

Of Counsel:
David A. Churchill
JENNER & BLOCK LLP