| | |
|---|---|
| 101st Division | BG J.P. Vachon |
| 101st Infantry | LTC R.J. Nelson; LTC J.H. McGee |
| 2/101 | LTC R.B. Hilsman |
| 102d Infantry | |
| 2/102 | LTC R. Graves; MAJ W. Baldwin |
| 103d Infantry | MAJ J.R. Webb |
| 101st FA (Infantry) | LTC R. Graves |
| 102d Division | COL W.P. Morse |
| 61st FA (Infantry) | COL H.W. Tarkington |
| 81st FA (Infantry) | LTC J.P. Woodbridge |
| 103d Infantry | MAJ J.R. Webb |
| 84th Infantry (non-divisional) | |
| 2/84 | CAPT Childress |
| 3/84 | MAJ McLish |
| 301st FA Regiment (Sep) | COL A.S. Quintard |
| Cebu MP Regiment | LTC H.J. Edmands |

OCMH-94
C 1
3921

# THE STATUS OF MEMBERS OF PHILIPPINE MILITARY FORCES DURING WORLD WAR II

OCMH DA Study for TJAG DA
June 1973

to handle easily and which had a tendency to snap shell ejectors, which were in short supply. Divisional artillery consisted of a few British World War I 75-mm. weapons. Mortars were the World War I 3-inch type, and most of the shells for these mortars proved duds. The division's rifle companies had one Browning Automatic Rifle (BAR) per company, in contrast to eight BAR's in a U.S. Army rifle company. A few PA units had Springfield '03 rifles — superior to the Enfield — but none were issued the Garand M-1 rifle, mainstay of U.S. Army infantry during WW II. Another indication of shortages was the fact that shortly before WW II broke out the entire PA possessed only 48 75-mm. artillery weapons, the heaviest artillery within a PA division. At least 240 such artillery pieces were needed for the artillery of the 10 Reserve Divisions alone, while another 36 were required for field artillery training centers. In brief, at the outbreak of WW II, all PA units were seriously deficient in all types of arms and equipment.

Peacetime training of the PA was based upon a modified UMT concept, with all male Filipinos between the ages of 21 and 50 liable for military service. Training of the PA began on 1 January 1937, when an initial group of 20,000 men were called up. Plans called for two classes of 20,000 each year, basic training to extend over a period of 5 1/2 months. After this 5 1/2 months the trainees reverted to Reserve status. Training instructors were drawn largely from the para-military Philippine Constabulary * and were themselves trained by

* A rather militarized national police force founded in 1901, the Constabulary (PC) was part of the PA from 1935 to 1938. The two then separated, but as the armed forces of the Philippines were

called into the service of the U.S. Armed Forces beginning in July 1941, PC units again reverted to PA command and control. A few senior officers of the PC were detailed from the U.S. Army.

---

members of the U.S. Army's Philippine Scouts (PS) and specially detailed U.S. Army officers.

Throughout the peacetime training period -- i.e., to July 1941 -- the major problem for the PA was creation of an adequate officer corps. Some officers of the Philippine Constabulary (PC) transferred to the PA and proved generally well-qualified for their new roles. Some of the best officers of the nascent PA came from among Filipino junior officers and senior NCO's of the U.S. Army's Philippine Scouts. Such men usually rose rapidly to senior officer rank in the building PA. Yet, obtaining qualified junior officers and NCO's for the PA remained a constant problem. To help overcome the problem, the most promising men of each 5 1/2-month Reserve training classes were selected for an additional 6-month training for NCO status, and the best of the latter were then chosen for officer training and, upon graduation from OCS, were commissioned 3d Lieutenants in the PA. Other 3d Lieutenants came from ROTC units established at Philippine universities and colleges. Whatever the source, the PA Reserve, by late 1940, numbered approximately 4,800 officers and 104,000 EM.

At best, all training of the PA, either Reserve or Regular, was sketchy. Inadequate equipment and inadequate training facilities told part of the story, while an insufficient number of qualified instructors told the rest. In short, the PA faced far more serious training problems than did the U.S. Army during the 1939 - 1941 period, when even the

U.S. Army was often reduced to such training expedients as dropping tin cans down a stovepipe to simulate mortar fire.

President Roosevelt's Military Order of 26 July 1941 called the PA and PC into the service of the U.S. Armed Forces. The training and induction system, until then a basic responsibility of the PA, changed rapidly. Under the direction of the newly-formed Headquarters, United States Army in the Far East (USAFFE, General MacArthur in command), the U.S. Army Philippine Department * prepared training circulars and programs

* Until the establishment of USAFFE the Philippine Department was the highest ranking U.S. Army headquarters in the Far East.

for PA units inducted into USAFFE.

It was intended that the integration of the PA into USAFFE would take place in increments, with the first increment of the ten PA Reserve Divisions to be inducted on 1 September 1941. Mobilization of the entire PA (including PC) was to be completed by 15 December 1941.

Under the new training programs, each PA Reserve Division was to have about 40 U.S. Army officers and 20 U.S. Army (including PS) NCO's as instructors. This broke down further to two U.S. Army officers to each PA battalion and one U.S. Army NCO per PA company. As best it could, the U.S. Army's Philippine Department supplied the instructors from U.S. Army (including PS) units already in the Philippines, but a sizeable number of instructors, the bulk of them U.S. Army Reservists, came from officers shipped out to the Philippines beginning in July 1941. Whatever the source of the U.S. Army instructors for the accelerated PA training program, these instructors imposed a yet stronger patina of

the U.S. Army upon the PA.

In addition, the Philippine Department established special training schools. One, patterned after the Command and General Staff College at Ft. Leavenworth, trained U.S. Army and PA field grade officers for command and staff positions in PA divisions. Likewise, schools for the training of PA infantry cadres were established in each Military District, with U.S. Army personnel serving as instructors. Coast Artillery, Field Artillery, Engineer, Signal, Medical, and Quartermaster schools were also set up, with instructors coming from U.S. Army (including PS) units. Insofar as possible, given insufficient training personnel and aids, such schools followed U.S. Army programs.

Before induction into USAFFE, PA units were paid and supplied through Philippine Commonwealth sources. As elements of the PA (and PC) were inducted into USAFFE, the U.S. Army's Philippine Department took over responsibility for pay and supply, with the PA retaining those responsibilities for units and personnel not yet inducted into USAFFE. On or about 8 December 1941, the Philippine Department (under USAFFE) took over all responsibility for the pay and supply of all PA units and personnel. But actually, after the outbreak of World War II, PA units secured supplies wherever, however, and whenever they could.

The initial costs of mobilization, training, equipment, and pay of the Philippine Army after being called into the service of the U.S. Armed Forces came from a 10 million dollar allotment from President Roosevelt's Emergency Fund. Later, in December 1941, the U.S. Congress appropriated 269 million dollars for such purposes, to be made available to the Philippine Commonwealth Government as authorized by CG USAFFE

(MacArthur). (See Third Supplemental National Defense Appropriation Act, 1942 — PL 353, 77th Congress).

Upon the outbreak of war the PA was not completely mobilized nor was the Constabulary (which passed to PA control upon induction into USAFFE). Thus, some PA units were not formally inducted into USAFFE until the publication of USAFFE GO 46 of 18 December 1941, ten days after the war began in the Philippines. As of the latter date the strength of the PA (including the PC, the Philippine Army Air Corps, and the Offshore Patrol) stood at approximately 120,000 officers and EM. Roughly, 76,750 of these troops were on Luzon Island; the other 43,250 were stationed on the islands to the south of Luzon.

After the bulk of USAFFE units on Luzon withdrew into the Bataan Peninsula, a movement completed in early January 1942, peak USAFFE strength on Bataan numbered approximately 85,000 troops, of whom about 63,750 were members of the Philippine Army. As of early April 1942, when the last bettle was joined, USAFFE strength on Bataan stood at approximately 78,100. While exact figures are not available (and never will be), this total may reasonably be broken down as follows:

| | |
|---|---|
| Philippine Army | 60,000 |
| Philippine Scouts | 6,300 |
| Americans | 11,800* |

* The bulk of the 11,800 Americans were of the U.S. Army and U.S. Army Air Corps, but the figure also includes small contingents of the U.S. Marine Corps and U.S. Navy.

In addition to the foregoing, USAFFE, in April 1942, employed about 6,000 Filipino civilians on Bataan and provided what food and

other care it could to some 20,000 Filipino civilian refugees. It appears that many of the latter refugees were dependents of PA personnel.

After the withdrawal into Bataan in January 1942 there were nine PA divisions deployed on the peninsula, while other Philippine Army personnel were to be found in non-divisional PA units and in various USAFFE overhead and service units. None of the PA divisions that were deployed on Bataan were up to their authorized strength of some 7,500 when they reached Bataan. At least two of the PA divisions lacked one of their three infantry regiments and at least two others lacked their field artillery regiments. In many of the divisions the field artillery, lacking artillery pieces, was "retreaded" and employed as light infantry. By early April 1942 the strongest PA division on Bataan, the 31st, had about 6,400 troops; the 71st PA Division was down to 2,500 troops; the 51st PA Division had been reorganized into a single regimental combat team of some 2,000 troops. All the other divisions were well under 6,000 men each.

In addition to the PA forces on Bataan, the USAFFE garrison included the U.S. Army's Philippine Division, built around one U.S. Army infantry regiment (the 31st Infantry) and two Philippine Scout infantry regiments (the 45th and 57th). Two other Philippine Scout regiments, both considerably understrength, were also on Bataan — the 26th Cavalry and 43d Infantry. Other U.S. Army forces on Bataan included artillery units, a provisional tank group of two light tank battalions, provisional infantry units formed largely from Air Corps personnel, and

finally technical service units. There was also a provisional infantry battalion made up of U.S. Navy and U.S. Marine Corps personnel.

From the inception of the Battle for Bataan in January 1942, USAFFE foresaw that food would probably be the most immediately serious problem in sustaining the troops on the peninsula against the Japanese offensive. Accordingly, on 5 January 1942 General MacArthur decreed that all troops on Bataan would have to go on half rations. Theoretically, this half ration would provide an American soldier with 36 ounces of food per day and a Filipino soldier with 32 ounces. But conditions steadily worsened and by mid-February 1942 both American and Filipino troops on Bataan were being issued only 27.7 ounces of food per day; by 5 March the daily issue had been reduced to less than 15 ounces. On 25 March the Bataan ration, in ounces per day was as follows: *

| | Americans | Filipinos |
|---|---|---|
| Rice | 8.5 | 10.00 |
| Flour | 1.44 | 0.0 |
| Canned Meat | 1.22 | 1.22 |
| Milk | 1.30 | 1.30 |
| Salt | 1.60 | 1.60 |
| Sugar | .48 | .48 |
| TOTAL | 14.54 | 14.60 |

* In the event fresh meat was available, 6 ounces of fresh meat would be substituted for the 1.22 ounces of canned meat for both American and Filipino personnel.

Clothing was another matter of concern. U.S. Army (including PS) units arrived on Bataan were reasonsbly well off for clothing initially. but PA units reached Bataan with only the scantiest clothing supplies.

A large portion of the PA forces had no raincoats, blankets, or shelter halves, and there were virtually none for issue. For example, as early as 13 January 1942 the American commander of the 91st PA Division reported that most of his EM had no uniforms other than well worn blue denim fatigues.

Both the food and clothing problems helped lead to serious health problems, complicated by the malaria-infested nature of the Bataan ecology. Malnutrition, vatimin deficiency, malaria, dysentery, and dengue fever affected both PA and U.S. Army units equally. By the time the final battle began in April, almost all PA and U.S. Army units were down to less than 25 percent of combat efficiency. Even the U.S. Army 31st Infantry, which had done less fighting than most other units on Bataan, had to leave one-third of its men behind when it was committed to battle on 4 April 1942, while the combat efficiency of the regiment's troops who moved into defensive lines that day was estimated at less than 50 percent.

With the preponderant strength on Bataan, the Philippine Army undertook the preponderant burden of the fighting and suffered the preponderant number of casualties, both from combat and disease. This is not to say that all the undertrained and underequipped PA units fought well -- in fact, some units performed rather poorly. But in general the PA obtained its combat training and learned its combat lessons the hard way -- in the crucible of combat itself. As far as the fighting and other military operations on Bataan were concerned, the PA units were doing exactly the same thing as were

the U.S. Army (including the Philippine Scouts) units on the peninsula.

The defense of Bataan Peninsula lasted from 7 January to 9 April 1942. The Japanese plans envisaged that Luzon would be secured within 50 days after the start of war on 8 December 1941. Instead, USAFFE forces on the mainland of Luzon held out for 122 days, while USAFFE forces on the fortified islands in Manila Bay -- 90 percent American troops -- held out until 6 May, another 27 days. The last "formal" surrenders of USAFFE forces in the islands south of Luzon -- also defended by a preponderantly PA force -- did not come until 9 June. General Homma, commanding Japanese Army forces in the Philippines, had firmly expected the Philippines to be well in hand by mid-February 1942. His miscalculation led to his relief from his command and from active duty.

USAFFE's principal mission had been to hold Manila Bay for six months, and this mission USAFFE accomplished almost to the day. This mission could not have been accomplished without the efforts of the Philippine Army, especially during the withdrawal into Bataan and the defense of that peninsula. Certainly, the less than 20,000 Americans and Philippine Scouts on Bataan could not have long held the peninsula against the equivalent of three divisions, with major air and artillery support, that General Homma brought to bear. Homma, indeed, had expected only weak opposition on Bataan and initially considered the operation a pursuit rather than a siege. He believed that there were only 45,000 American troops on Bataan, including

about 10,000 PA troops. Again he was wide of the mark.

Certainly, the PA units on Bataan could not have done the job by themselves, and American leadership, artillery, tank and other support played a major role in shaping the performance of the Philippine Army on Bataan. The wonder is not that the PA divisions on Bataan did not perform at the level one would expect of U.S. Army division. Rather, the wonder is that the poorly trained, poorly equipped, poorly supplied, and, at the lower levels of command, poorly led PA units did as well as they did.

In recognition of the fact that the PA was doing the same thing as U.S. Army troops in the Philippines, General MacArthur, on 22 February 1942, recommended equalization of PA scales to the U.S. Army rate. MacArthur stated in part: "The equalization of battle on soldiering needs no further elaboration of argument to support such action."* No action seems to have been taken immediately, but MacArthur

* Radio RN-3, MacArthur to War Department, 22 February 1942. A copy of this message is to be found in OPD WD File, OPD 240 (3-25-42), National Archives.

made a similar recommendation on 9 March 1942.* This second message

* Radio No. 435, MacArthur to AGO WD, 9 March 1942, copy in OPD WD File, OPD 240 (3-25-42), National Archives.

resulted in a memorandum of 10 March 1942 from General Marshall, Chief of Staff of the Army, to President Roosevelt recommending that the War Department initiate action to equalize PA pay with that of the U.S. Army. General Marshall stated in part:

# PART I

## CATEGORIES OF PHILIPPINE PERSONNEL

Basic to any consideration of Philippine veterans' claims is an examination of the various categories of Filipinos concerned. The following listing may not be all-inclusive, but it covers the major categories discovered during the rather brief research time allowed for this study.

1. Members of the Philippine Army (PA) and Philippine Constabulary (PC) called into the service of the U.S. Armed Forces in accordance with President Roosevelt's Military Order of 26 July 1941 and released from such service in accordance with President Truman's Military Order of 29 June 1946 (effective 2400 30 June 1946)

2. Members of the PA and PC who transferred into the Army of the United States (AUS) in accordance with the authority contained in Section II, War Department Circular 220, 7 July 1942. (No specific rescission of this authority has been found).

3. Philippine nationals (apparently almost entirely civilians) who enlisted in the AUS in accordance with the authority contained in Paragraph 6c, AR 600-750, 30 September 1942. (No specific rescission of this authority has been found). At least two sub-categories exist for this group:

a. Members of the 1st Filipino Regiment (AUS) and the 2d Filipino Battalion (AUS). These two units were raised in CONUS during World War II and were largely composed of Phillipine nationals resident in CONUS.

"At the present time there is no question of different standards of living as they are fighting together on a common basis of rations and equipment and everything else. It would therefore, appear in the interests of morale that General MacArthur's request should be granted, that is, we should endeavor to secure the necessary authority — I presume legislative — to permit the payment of the Filipino soldier on a U.S. standard." *

---

* Memorandum (no subject), General Marshall to President Roosevelt, 10 March 1942, copy in OPD file, OPD 240 (3-25-42), National Archives.

---

Just what action President Roosevelt took is unknown, but he must have agreed with the Marshall and MacArthur arguments, for relevant legislation was introduced into Congress. S.2387, "An Act to Equalize the Pay of all Personnel in the U.S. Army, the Navy, and the Philippine Scouts, and the Philippine Commonwealth Army." passed the Senate on 30 March 1942 and was reported out favorably by the House Military Affairs Committee on 7 May 1942. However, with the surrender in the Philippines, the subject became rather moot, and no further action ensued. On the other hand, the affair apparently led more or less directly to Section II, WD Circular 220, 7 July 1942, which authorized members of the PA and PC to transfer into the AUS. (For additional information on pay scales and pay actions see Part IV of this study).

The story of the Philippine Army's role in the defense of Luzon does not end with the surrender on Bataan -- more horror stories followed. In brief, the Japanese were generally enraged by the fact that the people of the Philippines, and the PA especially, had not fallen for the propoganda baits of the "Greater East Asia Co-Prosperity Sphere" and "Asia for the Asiatics." Japanese hostility toward the PA was intense, and was first evidenced by the deliberate massacre of about

400 troops of the 91st PA Division on 12 April 1942. This atrocity was followed by the notorious Death March from Bataan to the POW compound at Camp O'Donnell, during which Japanese brutality toward Filipino prisoners far exceeded that meted out to American prisoners. Of some 60,000 Filipinos (including members of the U.S. Army's Philippine Scouts) who began the Death March from Bataan between 5,000 and 10,000 lost their lives during the trek. Of some 9,925 Americans who participated in the march, approximately 625 lost their lives. At Camp O'Donnell the Japanese separated the Filipinos and the Americans, and made every effort to prevent contact between the two groups. Again the treatment differed. In the first six or seven weeks at Camp O'Donnell some 1,600 Americans died, while at least ten times that number of Filipinos succumbed to deliberate brutality, starvation, and disease.

There was yet a sequel. Finding that their hostility toward Filipino POW's served largely to alienate all Filipinos, the Japanese occupation authorities reversed their attitude toward those POW's. The Japanese decided to release the Filipino POW's and for this purpose organized a rehabilitation and indoctrination program. But the program generally failed, and most of the released POW's soon joined an anti-Japanese guerrilla movement, either covertly or overtly.*

---

* For further information on Filipino POW's see the work of another recognized expert; David Joel Steinberg, Philippine Collaboration in World War II, (Ann Arbor: The University of Michigan Press, 1967), pp. 55 - 56. For further information on the guerrilla movement, see Part VI of this study.

The USAFFE forces on the islands south of Luzon were composed almost entirely of PA troops (including a PC regiment). Other than commanders and staff officers, the major U.S. Army force on the southern islands consisted of two companies of the 43d Infantry, Philippine Scouts. The untrained PA troops lacked personal and organizational equipment of all types. Artillery was in especially short supply and consisted, for the equivalent of four PA divisions, of only eight World War I type 2.95-inch mountain guns. Little sustained fighting took place in the southern islands except on Mindanao, where, in a brief campaign lasting from 29 April through 9 May 1942, the Japanese gained control of the island.

# PART III

## COMMAND AND CONTROL OF THE PHILIPPINE ARMY

### 1. The Position of General MacArthur.

General MacArthur, who was about to retire after service as Chief of Staff, U.S. Army, became the Military Advisor to the Government of the Philippine Commonwealth, with his appointment dating to 18 September 1935. The next year, on 19 June 1936, President Quezon of the Philippine Commonwealth, appointed General MacArthur Field Marshal of the Philippine Army. While this latter appointment was largely symbolic in nature, it technically gave MacArthur a degree of command and control over the Philippine Army second only to that of President Quezon, constitutionally commander-in-chief of Philippine armed forces. In effect, his position as Field Marshal of the PA had MacArthur outranking the Chief of Staff of the PA, MG Basilio J. Valdes (PA). However, there is no indication that MacArthur ever exercised his potential authority as Field Marshal of the PA -- he adhered instead, to the symbolic nature of the position.

Then, on 26 July 1941, MacArthur was recalled to active duty in the U.S. Army (initially as a major general but promoted to lieutenant general on 27 July) and placed in command of the newly-formed United States Army Forces in the Far East (USAFFE). This command consisted of the U.S. Army Philippine Department (before July 1941 the senior U.S. Army headquarters in the Far East) and those military forces of the Philippine Commonwealth called into the services of the U.S. Armed Forces.

Next, on 23 October 1941, General MacArthur also became commander of the Philippine Department. MacArthur did not actively exercise this additional command, but appointed a deputy, BG Allan C. McBride, to run the Philippine Department. After the outbreak of war the HQ Philippine Department ceased to exist (except on paper, for various legal reasons) and evolved into the USAFFE Service Command on Bataan.

Thus, when World War II came to the Philippines General MacArthur held the following positions:

a. Military Advisor to the Philippine Government. To all intents and purposes the Office of the Military Advisor closed out by 8 December 1941, and most of its personnel were transferred into the new HQ USAFFE.

b. Field Marshal of the Philippine Army. A largely symbolic position (from which derived the "scrambled eggs" on MacArthur's hat), but one of considerable potential significance.

c. Commanding General, USAFFE, in which capacity he had command over U.S. Army forces in the Philippines (and later throughout the Southwest Pacific Area) as well as command over Philippine Army forces called into the active service of the U.S. Armed Forces.

d. Commanding General, Philippine Department (U.S. Army), in which capacity he had administrative and logistical command over U.S. Army forces in the Philippines and, after the induction of PA forces into USAFFE, supply responsibility for PA forces.

2. <u>The Organization of USAFFE.</u>

During the 1st Philippine Campaign (until mid-March 1942) HQ USAFFE operated in much the same manner as the headquarters of a field army,

first in Manila and then on Corregidor Island in Manila Bay, off Bataan. Under USAFFE were three corps-level combat headquarters, North Luzon Force (which on Bataan became I Philippine Corps), South Luzon Force (which became II Philippine Corps), and the Visayan-Mindanao Force. All three of these corps-level headquarters were commanded by U.S. Army general officers. An earlier corps-level command, also under a U.S. Army general officer, was the Bataan Defense Force. This command, fleshed out by people from the more or less defunct HQ Philippine Department, envolved into the Service Command on Bataan, under a U.S. Army general officer. Also under a U.S. Army general officer were the Harbor Defenses of Manila Bay, numbering about 15,000 troops and including some 1,800 PA soldiers.

I Philippine Corps, II Philippine Corps, the Visayan-Mindanao Force, the Service Command, and the Harbor Defenses contained all the PA and U.S. Army (including the PS) troops available to MacArthur except for the USAFFE Reserve, the composition of which changed from time to time.* MacArthur did not have direct command of U.S. Navy and U.S. Marine Corps troops, but most of such troops the 16th Naval District (a U.S. Navy command) placed at MacArthur's disposal.

General MacArthur left the Philippines for Australia on 12 March 1942, taking most of the senior staff officers of HQ USAFFE with him. The command replacing HQ USAFFE on Corregidor was HQ United States Forces in the Philippines (USFIP), under LTG Jonathan Wainwright.

---

* The PA Offshore Patrol was probably excepted also.

This was a joint command, with command over all American and Filipino forces. About the same time, a new army-level command, Luzon Force, under a U.S. Army general, came into being on Bataan, with control over I Philippine Corps, II Philippine Corps, and the Service Command. Temporarily the Visayan-Mindanao Force was split into two commands, both under U.S. Army general officers, but was reconstituted as a single command at the end of the campaign.

3. The Status of the Philippine Army.

Ostensibly, the Philippine Army, after induction into USAFFE, was to retain its national integrity, with its own uniforms, its own scale of pay, its own promotion list, its own rations, and its own code of military law, with Philippine Army headquarters theoretically being responsible for discipline and punishment. But as the campaign wore on, such distinctions tended to disappear. For example, as has already been pointed out, the rations of PA and U.S. Army troops on Bataan evolved into being remarkably similar. Again, as has been noted, the U.S. Army took over responsibility for supply and pay of the PA as PA units were inducted into USAFFE.

Another problem is the status of HQ Philippine Army. A skeletonized headquarters of the PA withdrew to Corregidor, but during the night of 20/21 February 1942, MG Basilio J. Valdes (PA), Chief of Staff of the Philippine Army, left Corregidor with President Quezon. After spending some time in the Visayan Islands — whence communication with Corregidor and Bataan could only be classified as poor — General Valdes moved on to Australia in March 1942 and ultimately accompanied Quezon to CONUS. His departure from Corregidor left the PA without

an effective headquarters in the combat area.

In the field, as the combat developed, discipline had to be handled on an ad hoc basis. Examplary is the statement of COL Russell W. Volckmann (U.S. Army), sometime commander of the 11th Infantry, 11th PA Division, during the withdrawal into Bataan. The chronological context is 25 December 1941:

> "I halted the regiment in an assembly area in the bamboo thickets near the [Agno] river and ordered the units to feed their men. After chow, as I was studying my map and the orders assigning to the 11th Infantry a defensive sector along the south bank of the Agno, an automatic weapon suddenly blurted from the general direction of the river. Within a few seconds I witnessed what every military commander fears most: the heretofore orderly units of the 11th Infantry became a band of maniacs rushing about like so many leaves driven by a high wind. I drew my revolver and shouted to the American officers within hearing to drive every [Filipino] officer and man back into position along the river bank. . . . I then found a bugler and ordered Officers' Call sounded. When all were assembled, I informed them in no uncertain terms that this was the first and last time that men of this regiment would retreat without orders. I further emphasized that if ever again I saw an officer running to the rear or failing to do his utmost to stop his men from retreating without orders, I would shoot him on the spot."*

*COL Russell W. Volckman, We Remained: Three Years Behind the Enemy Lines in the Philippines, (New York: W.W. Norton & Company, Inc., 1954, p. 16. A graduate of the USMA, Class of 1934, Volckmann, as a U.S. Army captain and major, served as XO of the 11th Infantry, 11th PA Division, Acting Commander of the 11th Infantry, and G-2 of the 11 PA Division. He escaped from Bataan and came to command the most effective guerrilla unit on Luzon, the United States Army Forces in the Philippines (Northern Luzon); short title USAFIP(NL).

Of 13 PA divisions formed during the 1941 - 1942 period, only four (4) were commanded by PA officers. As Table I shows, not only were most of the PA divisions commanded by U.S. Army officers but also many of the infantry regiments and infantry battalions, along with

many of the field artillery units. In addition, many of the PA units retained their U.S. Army instructors (advisors in the Vietnam War context) during the campaign, and in many cases these instructors/advisors exercised the effective command and control over the PA units to which they were attached. Moreover, even within the PA divisions commanded by PA officers, U.S. Army personnel were to be found in various staff and command positions. Check, for instance, the regimental commanders of the 1st PA Division, the 2d PA Division, and the 21st PA Division as set forth in Table I.

Without a considerable more amount of time for basic research, it is impossible to tell how many more U.S. Army officers and NCO's held command and staff positions with the PA divisions. However, even with the limited numbers of such officers as shown in Table I, it would appear most difficult to make any generalized differentiation between PA and U.S. Army units except as was concerned unit strength and equipment. As pointed out in Part II of this study all the troops, whether U.S. Army or PA, were doing essentially the same thing.

Nor did the PA actually have a separate system of military law. A single citation is sufficient to prove the point:

> "The military code of the United States produced a salutary effect in the system of military justice in the Philippines. In fact, the first military law enacted by the National Assembly of the Philippines (Commonwealth Act No. 408) approved on September 14, 1938, and consisting of one hundred and twenty articles, is essentially American. It is a counterpart of the American Code of 1928. The only difference is the omission of the American article (A.W. 28) referring to certain acts constituting desertion, in the Philippine Articles of War. . . . The influence of the American code is still predominant." *

* Claro C. Gloria, Philippine Military Law, Annotated, (Quezon City, P.I.: Capitol Publishing House, Inc., 1956), p. 9. At the time he prepared this book, Gloria was a major in the Office of the JAG, Armed Forces of the Philippines. Gloria has an AB, BSE, and LLB from Philippine universities, an LLM from Indiana, and an LLM from Harvard. (Underlining in the quotation supplied by the arthur of this study.)

The pay scale of these two units was the same as for other AUS personnel.

3. Philippine civilian nationals who enlisted in other AUS units in CONUS or overseas (as in Australia) during World War II.

4. Filipino members of the Philippine Scouts raised in accordance with pre-war regulations. Such Filipinos broke down into two sub-categories, those of Philippine citizenship and those of U.S. citizenship. The Philippine Scouts raised in accordance with pre-war regulations (just short of 12,000 at the outbreak of World War II) were members of the U.S. Regular Army. For further information on the Scouts, see Part V of this study.

5. Members of the pre-war Philippine Scouts (PS) who transferred into the AUS during World War II in accordance with the authority contained in War Department Radio No. 227, 27 July 1942.

6. Members of the pre-war PS recovered after the U.S. re-entry into the Philippines in October 1944 who, taking a discharge from the PS, re-enlisted in the AUS in accordance with the authority contained in War Department Radio No. W-50829, 27 October 1944. According to CINCAFPAC (MacArthur) Radio No. C-32593, 11 August 1945, over 6,700 Scouts were in this category as of August 1945.

7. Members of the PS raised in accordance with the 1945 PS program under the provisions of the Armed Forces Voluntary Recruitment Act of 6 October 1945 -- PL 190, 79th Congress. (This authority rescinded by War Department Radio (number unknown) 13 October 1948. Reference is made to this radio in G-1 War Department File CSGPA 312 P.S. (31 August 1948). National Archives). A number of complex sub-categories exist

## TABLE I

### COMMAND IN PHILIPPINE ARMY UNITS DURING THE FIRST PHILIPPINE CAMPAIGN

(NOTE: This listing has been compiled from readily available sources and is only as accurate as those sources permit. It is also obvious that the listings are incomplete. The abbreviation PA is used only for PA officers — all others listed are U.S. Army).

| | |
|---|---|
| 1st Division | BG F.V. Sequndo (PA) |
| 1st Infantry | MAJ A.M. Santos (PA); MAJ McCullom; COL K.L. Berry |
| 2nd Infantry | COL C. Duque (PA) |
| 3d Infantry | COL K.L. Berry |
| 2nd Division | MG G.B. Francisco (PA) |
| 1st PC Regiment | LTC I. Alexander |
| 2d PC Regiment | |
| 4th PC Regiment | |
| 11th Division | BG W.E. Brougher |
| 11th Infantry | COL G.R. Townsend; MAJ R.W. Volckmann (Acting) |
| 2/11 | MAJ H.J. Duisterhof |
| 3/11 | MAJ W.J. Lage |
| 12th Infantry | COL M. Moses |
| 13th Infantry | COL A.K. Noble |
| 21st Division | BG M. Capinpin (PA) |
| 21st Infantry | LTC W.A. Wappenstein |
| 22d Infantry | |
| 23d Infantry | |
| 21st Field Artillery | LTC N. Calalan (PA) |
| 31st Division | BG C. Bluemel |
| 31st Infantry | COL J.W. Irwin; LTC J.E. Brady |
| 32d Infantry | LTC E.N. Johnson |
| 33d Infantry | MAJ S. Holmes |
| 3/33 | CAPT R.M. Chapman |
| 31st Field Artillery | MAJ H.J. Harper |
| 41st Division | BG V. Lim (PA) |
| 41st Infantry | |
| 42d Infantry | |
| 3/42 | MAJ A.B. Magtoto (PA) |
| 43d Infantry | |

| | |
|---|---|
| 51st Division | BG A.M. Jones |
| 51st Infantry | LTC L.P. Stewart |
| 52d Infantry | LTC V.N. Cordero (PA?) |
| 53d Infantry | COL J.R. Boatwright |
| 51st Field Artillery (Inf) | COL H.F. Searight |
| Provisional Battalion | CAPT G.R. Myers |
| 51st Combat Team | COL Young (The final organization of the division) |
| | |
| 61st Division | BG B.G. Chynoweth |
| 61st Infantry | COL E.H. Mitchell |
| 2/61 | CAPT Childress |
| 62d Infantry | LTC A. Thayer |
| 63d Infantry | COL A. Christie; CAPT Fitzpatrick |
| | |
| 71st Division | COL C.A. Selleck; BG C.A. Pierce |
| 71st Infantry | LTC D.V. Bonnett |
| 72d Infantry | |
| 73d Infantry | LTC R.H. Vesey |
| 71st Field Artillery | LTC H.C. Fowler |
| | |
| 81st Division | BG G.O. Fort; COL I.C. Scudder |
| 81st Infantry | LTC Boellner; LTC W.S. van Norstrand |
| 1/81 | CAPT Miner |
| 2/81 | CAPT Stensland |
| 3/81 | CAPT Utke |
| 82d Infantry | LTC David |
| 83d Infantry | MAJ W. Rogers |
| 1/83 | CAPT L. Hardin; MAJ W. McLeannahan |
| 2/83 | LT. Johnson |
| 3/83 | CAPT M. Sharp; LTC A.J. Grimes |
| | |
| 91st Division | BG L. Stevens |
| 91st Infantry | |
| 92 Infantry | LTC J.H. Rodman |
| 2/92 | MAJ J.B. Crow |
| 93d Infantry | MAJ J.C. Goldtrap |
| 1/93 | MAJ Hoyt |
| 2/93 | CAPT Finigan |
| 3/93 | CAPT Burlando |

for the "new" PS, depending upon whether the "new" PS are to be considered as AUS, U.S. Regular Army, or some other category:

a. Members of the pre-war PS who did not take a discharge from the pre-war PS and who did not transfer to the AUS before the initiation of the 1945 PS program.

b. Members of the pre-war PS who, having transferred into the AUS in accordance with WD Radio No. W-50829, 27 October 1944, transferred back into the "new" PS.

c. Former members of the PA and PC who transferred to the "new" PS, in two sub-categories:

(i) PA and PC personnel who transferred into the AUS during World War II in accordance with previously cited authority.

(ii) Personnel of the PA as reconstituted in accordance with Commonwealth President Osmeña's Executive Order No. 21 of 28 October 1944.

d. Philippine civilian nationals without any prior military service of any kind who joined the "new" PS under the 1945 program.

8. Members of the PA as reconstituted in accordance with President Osmeña's Executive Order No. 21 of 28 October 1944, published "for the information and guidance of all concerned" by United States Army Forces in the Far East (USAFFE, General Douglas MacArthur) Circular No. 100, 17 November 1944. This group also involves some complex sub-categories:

a. Osmeña Executive Order No. 21 stated that "All persons, of any nationality or citizenship, who are actively serving in recognized military forces in the Philippines, are hereby considered to be on active

service in the Philippine Army." "Recognized military forces" were those guerrilla organizations recognized by CINCSWPA/CINCAFPAC (General MacArthur) both by 28 October 1944 as well as subsequently. No record has been found of any objection to the Osmeña Executive Order No. 21 on the part of the War Department or any other U.S. agency.

b. Members of the reconstituted PA who were called into the service of the U.S. Armed Forces after U.S. re-entry into the Philippines, under the continuing authority of President Roosevelt's Military Order of 26 July 1941.

c. Members of units of the reconstituted PA that were not called into the service of the U.S. Armed Forces during the 1944 - 1946 period. From available evidence it is not clear that any such units existed -- if they did, records available to OCMH indicate that such units must have been few in number.

9. Members of the PA Offshore Patrol. This small element of the Philippine Army appears to have been under the operational control of the U.S. Navy -- specifically the 16th Naval District -- during the 1st Philippine Campaign, 1941 - 1942. Accordingly, it would be appropriate to consult the U.S. Navy for further information about the status of the Offshore Patrol. But it should be noted that GO 71, 3 July 1942, of HQ United States Army Forces in Australia (USAFIA), assigns a detachment of the Offshore Patrol, PA, to Ship and Gun Crew Command No. 1. The latter operated under the direct control of the Chief of Transportation Service, USAFIA, which clearly places the PA Offshore Patrol detachment under U.S. Army command. The date of USAFIA

GO 71 is before the effective date of WD Circular 220, 7 July 1942, authorizing members of the PA to transfer to the AUS. It is presumed that members of the PA Offshore Patrol detachment mentioned in USAFIA GO 71 transferred to the AUS after publication of WD Circular 220.

## PART II

### THE CHARACTER OF THE PHILIPPINE ARMY

The Philippine Army (PA) came into being with the passage of Philippine Commonwealth Act No. 1, 21 December 1935. * This act provided

* The general sources for this part of the study are: (1) Dr. Louis Morton, The Fall of the Philippines, in the series U.S. ARMY IN WORLD WAR II, (Washington, D.C.: OCMH DA, 1953). Long time member of OCMH, Dr. Morton is the author of two volumes on the Pacific War in the U.S. ARMY IN WORLD WAR II series. He is presently head of the History Department, Dartmouth College. (2) Dr. Stanley L. Falk, Bataan: The March of Death (New York: W.W. Norton, Inc., 1962). Author of other works on the Pacific War, Dr. Falk started his career in OCMH as research assistant for Dr. Morton. Dr. Falk is presently a GS-15 on the staff of ICAF. (3) Philippine Research and Information Section, Advance Echelon HQ USAFFE, "The Philippine Army: Its Establishment, Organization, and Legal Basis," MS dated 26 January 1945. (4) Order of Battle Branch, OCMH DA, "Order of Battle, U.S. Army in World War II, The War Against Japan, Command, Administrative, and Supply Organization," Ch. II, "First Philippine Campaign." MS prepared in 1949-1950.

for a Philippine Regular Army of 10,000 troops, who would include the cadre of the 1st Regular Division, the Philippine Army Air Corps (about 500 troops in 1941), the PA Offshore Patrol (strength unknown), the already-established Philippine Constabulary (PC) of about 6,000 men, and various overhead units. In addition, the 1935 act provided for a PA Reserve Force that was to reach a total of 400,000 by mid-1946; when, in accordance with the Tydings-MacDuffie Act of 24 March 1934 (and subsequent legislation), the Philippine Commonwealth would achieve full independence.

Like the President of the United States, the President of the Philippine Commonwealth was Commander-in-Chief of Philippine armed forces.

At the top of the hierarchy of the PA stood Headquarters, Philippine Army. Headquarters consisted of a Chief of Staff, a Deputy Chief of Staff, and a Central General Staff of five staff divisions. This small general staff was modeled after that of the U.S. Army's general staff of the 1935 period.

The next step down the echelon of PA command were ten (10) Military Districts into which the Philippine Islands were divided. These Military Districts had missions and functions comparable to those of the pre-World War II Corps Area commands (later Service Commands) of the U.S. Army. Initially, each Military District was to raise and train one PA Reserve Division and, ultimately, each was to provide a total of three PA Reserve Divisions.

In peacetime each Military District was responsible for training, district military administration, and the distribution and maintenance of district military supplies and equipment. The Military District commanders were also responsible for preparation of defense plans and, in time of war, for executing those plans. However, civilian provincial (state) governors were responsible for the enforcement of mobilization laws and regulations.

Actually, the headquarters of the ten Military Districts were never adequately manned by sufficient experienced and knowledgeable officers to undertake all the functions assigned them. For example, although the Military District commanders were responsible for defense planning, the Office of the Military Advisor to the Commonwealth Government (Maj. Gen. Douglas MacArthur) actually prepared the defense plans for all the

major islands and many of the smaller ones. Then, after war broke out in December 1941, the headquarters of the Military Districts ceased to exist for all practical purposes and their personnel were absorbed into various other units.

The Philippine Army was organized into arms (Infantry, Artillery) and services (Quartermaster, Ordnance) paralleling those of the U.S. Army. Similarly, the tactical units of the Philippine Army were organized along U.S. Army lines, albeit on a much smaller scale. Thus, PA triangular infantry divisions of the 1941 period numbered some 7,500 troops as opposed to over 15,000 in a U.S. Army triangular infantry division of the same period. Infantry rifle companies of the Philippine Army numbered about 100 troops, constrasting to the nearly 225 of a 1941 U.S. Army rifle company. The PA divisions were, in essence, to be "light infantry" divisions, with equipment and armament of a "type suitable to the economy and terrain" of the islands. By the same token, it was not envisaged that the PA would have the extensive support system the U.S. Army boasted. Rather, support services of all types were to be provided on a minimal basis.

Over the long run, both American and Filipino planners intended that the equipment of the PA would be modernized -- as the Commonwealth could so afford -- beyond that supplied from American resources at the inception of the Philippine Army. Some efforts were made in this direction, especially after July 1941, but little had actually been accomplished by the outbreak of World War II. Take, for example, the 31st Division, PA. The division's basic weapon was the U.S. Army's World War I Enfield rifle, which had a stock too long for most Filipinos