# In the United States Court of Federal Claims

**06-442C**

**Filed: November 16, 2007**

**MARIA NAPAY LAURENCIANO**

**v.**

**THE UNITED STATES**

**ORDER GRANTING PLAINTIFF'S NOVEMBER 12, 2007 MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.